IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EZEKIEL I. TAYLOR, SR., | ) | |
| #22049385, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-0412-G-BT |
| IRVING AUTO POUND, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge issued her Findings, Conclusions, and Recommendation, recommending that the court grant the plaintiff's "Motion for Reconsideration" (docket entry 20) and reopen this case. After reviewing the United States Magistrate Judge's Findings, Conclusions, and Recommendation in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

For the reasons in the Magistrate Judge's Findings, Conclusions, and Recommendation, the plaintiff's motion for reconsideration, construed as a motion

for relief from judgment under Federal Rule of Civil Procedure 60(b), is **GRANTED**.

The court's judgment dated April 24, 2023 (docket entry 18) is hereby **VACATED**.

This case is **REOPENED** and **REFERRED** to the United States Magistrate

Judge for pretrial management pursuant to Special Order 3-251.

    **SO ORDERED**.

January 23, 2024.

                                                */s/ A. Joe Fish*
                                                **A. JOE FISH**
                                                **Senior United States District Judge**